IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:09-CR-203-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | **ORDER** |
| (1) ERIC GILES | ) | |
| (5) KYLE CORSI | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Seal Its Motion In Limine Pursuant To Fed. R. Evid. 608" (Document No. 150) filed on July 30, 2010. Having carefully considered the motion, and for good cause shown, the undersigned will grant the motion.

**IT IS THEREFORE ORDERED** that the "Government's Motion To Seal Its Motion In Limine Pursuant To Fed.R.Evid. 608" (Document No. 150) is hereby **GRANTED**. The Motion In Limine Pursuant to Fed. R. Evid. 608 is sealed until further order of this Court.

Signed: August 2, 2010

David C. Keesler
United States Magistrate Judge