IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CR-00203-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERIC GILES | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's letter, (Doc. No. 290), requesting that the Court grant his pro se Motion for New Trial, (Doc. No. 286), based on the lack of a response by the government.

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion for New Trial within thirty (30) days of the entry of this Order.

Signed: January 22, 2015

Robert J. Conrad, Jr.
United States District Judge